FILED ——— ENTERED
——— LODGED ——— RECEIVED

MAY 24 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

The Honorable Marsha J. Pechman



11-CV-00459-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF WASHINGTON MUTUAL BANK, <br><br> Plaintiff, <br><br> vs. <br><br> KERRY K. KILLINGER, STEPHEN J. ROTELLA, DAVID C. SCHNEIDER, LINDA C. KILLINGER, and ESTHER T. ROTELLA; <br><br> Defendants. | Case No. 2:11-cv-00459 <br><br> AMENDED STIPULATION AND [PROPOSED] ORDER TO SET TIME FOR DEFENDANTS TO FIRST RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE <br><br> NOTE ON MOTION CALENDAR: Monday May 23, 2011 |

Plaintiff Federal Deposit Insurance Corporation, as Receiver of Washington Mutual

Bank ("FDIC") and Defendants Kerry K. Killinger, Linda C. Killinger, Stephen J. Rotella, David

C. Schneider, and Esther T. Rotella ("Defendants"), through their respective counsel, submit this

Stipulation and [Proposed] Order to modify the date by which Defendants must answer or

otherwise first respond to the FDIC's Complaint (Dkt. No. 1) and, to the extent one or more

motions to dismiss are filed, the dates by which opposition and reply briefs shall be filed.

AMENDED STIPULATION AND [PROPOSED] ORDER
TO SET TIME FOR DEFENDANTS TO FIRST
RESPOND TO COMPLAINT AND RELATED
BRIEFING SCHEDULE
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

Case 2:11-cv-00459-MJP   Document 45   Filed 05/23/11   Page 2 of 5

## RECITALS

WHEREAS, the FDIC filed its Complaint in the Western District of Washington on March 16, 2011 (Dkt. No. 1);

WHEREAS, counsel for Defendants agreed to accept service of the Complaint on their behalf;

WHEREAS, counsel for Defendants and the FDIC previously stipulated that the deadline to answer or otherwise respond to the Complaint was June 3, 2011 (Dkt. Nos. 32 and 43);

WHEREAS, the Court previously entered orders requiring the Defendants to answer or otherwise respond to the Complaint by June 3, 2011 (Dkt. Nos. 35 and 44);

WHEREAS, Defendants and the FDIC have further stipulated to a two week extension of the previous deadline; and

WHEREAS, the parties also have stipulated to the following briefing schedule for any motions to dismiss that may be filed: the FDIC shall file its opposition to any motion to dismiss on August 16, 2011, and Defendants shall file their reply briefs on September 15, 2011. This schedule is consistent with the Scheduling Order that this Court entered in the WaMu MDL class action (Dkt. No. 172 in Case No. 08-md-1919-MJP).

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the FDIC and Defendants, that Defendants shall each have until the end of June 17, 2011 to answer or otherwise respond to Plaintiff's Complaint. Any opposition shall be due on August 16, 2011, and any reply shall be due on September 15, 2011. The changes are shown in the following chart:

| Filing | Previous Due Date | New Due Date |
|---|---|---|
| Defendants' Answer or First Response to Complaint | June 3, 2011 | June 17, 2011 |
| Opposition | n/a | August 16, 2011 |
| Reply | n/a | September 15, 2011 |

AMENDED STIPULATION AND [PROPOSED] ORDER
TO SET TIME FOR DEFENDANTS TO FIRST
RESPOND TO COMPLAINT AND RELATED
BRIEFING SCHEDULE—PAGE 2
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

Case 2:11-cv-00459-MJP   Document 45   Filed 05/23/11   Page 3 of 5

IT IS SO STIPULATED.

DATED this 23rd day of May, 2011.

REED SMITH LLP

By:  /s/ Barry Rosen
    Barry Rosen (*pro hac vice*)
    10 South Wacker Drive
    Suite 4000
    Chicago, IL  60606
    Tel:  (312) 207-1000
    E-mail: brosen@reedsmith.com


*Attorneys for the Federal Deposit Insurance
Corporation*

DAVIS WRIGHT TREMAINE LLP

By:  /s/ Steven P. Caplow
    Stephen M. Rummage, WSBA #11168
    Steven P. Caplow, WSBA #19843
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Tel.:   (206) 757-8018
    Fax:   (206) 757-7018
    E-mail:  steverummage@dwt.com
            stevencaplow@dwt.com

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager (*pro hac vice*)
Mary Kay Vyskocil (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Tel.:  (212) 455-2000
Fax:  (212) 455-2502
Email:  bostrager@stblaw.com
         mvyskocil@stblaw.com

-*and*-

Deborah L. Stein (*pro hac vice*)
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Tel.:  (310) 407-7500
Fax:  (310) 407-7502
Email:  dstein@stblaw.com


*Attorneys for Stephen J. Rotella, David C.
Schneider, and Esther T. Rotella*


WILLIAMS & CONNOLLY LLP


By:  /s/ David D. Aufhauser
    David D. Aufhauser (*pro hac vice*)
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Tel.:   (202) 434-5000
    Fax:   (202) 434-5029
    E-mail:  daufhauser@wc.com


*Attorneys for Kerry and Linda Killinger*

AMENDED STIPULATION AND [PROPOSED] ORDER
TO SET TIME FOR DEFENDANTS TO FIRST
RESPOND TO COMPLAINT AND RELATED
BRIEFING SCHEDULE—PAGE 3
CASE NO. 2:11-cv-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

**[PROPOSED] ORDER**

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendants shall each have up to and including June 17, 2011 to answer or otherwise respond to the Plaintiff Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank's Complaint (Dkt. No. 1) in Case No. 2:11-cv-00459. In addition, any opposition shall be due on August 16, 2011, and any reply shall be due on September 15, 2011.

DATED this _24_ day of _May_____, 2011.

THE HONORABLE MARSHA J. PECHMAN
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP


By: /s/ Steven P. Caplow
    Stephen M. Rummage, WSBA #11168
    Steven P. Caplow, WSBA #19843
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Tel.:   (206) 757-8018
    Fax:   (206) 757-7017
    E-mail:  steverummage@dwt.com
             stevencaplow@dwt.com


*Attorneys for Stephen J. Rotella, David C. Schneider, and Esther T. Rotella*

SIMPSON THACHER & BARTLETT LLP
Barry R. Ostrager (*pro hac vice*)
Mary Kay Vyskocil (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Tel.:   (212) 455-2000
Fax:   (212) 455-2502
Email:  bostrager@stblaw.com
          mvyskocil@stblaw.com

*-and-*

Deborah L. Stein (*pro hac vice*)
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Tel.:   (310) 407-7500
Fax:   (310) 407-7502
Email:  dstein@stblaw.com

[PROPOSED] ORDER TO SET TIME FOR DEFENDANTS TO FIRST RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that the remaining parties shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 23rd day of May, 2011.

Davis Wright Tremaine LLP

By *s/ Steven P. Caplow*
    Steven P. Caplow, WSBA #19843
    Suite 2200
    1201 Third Avenue
    Seattle, Washington  98101-3045
    Tel:   (206) 757-8018
    Fax:   (206) 757-7108
    E-mail: stevencaplow@dwt.com

AMENDED STIPULATION AND [PROPOSED] ORDER
TO SET TIME FOR DEFENDANTS TO FIRST
RESPOND TO COMPLAINT AND RELATED
BRIEFING SCHEDULE—PAGE 2
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700