The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>KERRY K. KILLINGER, STEPHEN J. ROTELLA, DAVID C. SCHNEIDER, LINDA C. KILLINGER, and ESTHER T. ROTELLA,<br><br>Defendants. | Case No. 2:11-cv-00459<br><br>SECOND AMENDED STIPULATION AND ORDER TO SET TIME FOR DEFENDANTS TO FIRST RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE<br><br>**Note on Motion Calendar: June 16, 2011** |

Plaintiff Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank ("FDIC") and Defendants Kerry K. Killinger, Linda C. Killinger, Stephen J. Rotella, David C. Schneider, and Esther T. Rotella ("Defendants"), through their respective counsel, submit this Stipulation and [Proposed] Order to modify the date by which Defendants must answer or otherwise first respond to the FDIC's Complaint (Dkt. No. 1) and, to the extent one or more motions to dismiss are filed, the dates by which opposition and reply briefs shall be filed.

SECOND AMENDED STIPULATION AND ORDER TO SET TIME FOR DEFENDANTS TO FIRST RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

DWT 17417770v1 0013149-000115

## RECITALS

WHEREAS, the FDIC filed its Complaint in the Western District of Washington on March 16, 2011 (Dkt. No. 1);

WHEREAS, counsel for Defendants agreed to accept service of the Complaint on their behalf;

WHEREAS, the Court previously entered an order extending the time for Defendants to answer or otherwise respond to the Complaint to June 17, 2011 (Dkt. No. 45);

WHEREAS, the parties disclosed in their Joint Status Report, filed on June 13, 2011, that they have been engaged in mediation in an attempt to settle the dispute;

WHEREAS, the parties have now exchanged settlement term sheets reflective of a potential settlement. The parties are diligently working to resolve their remaining disputes. In some instances, the settlement terms must have consent of certain third parties. The parties have reserved additional sessions with the mediator for June 29 and June 30, 2011, in the event they are unable to resolve the matters at issue in the interim;

WHEREAS, the parties agree that it would be counterproductive to their efforts to settle this matter were motion to dismiss briefing to be commenced at this time. They correspondingly agree that it would facilitate the potential settlement of this action if the motion to dismiss briefing were deferred a short additional period of time; and

WHEREAS, the parties jointly respectfully request that the Court extend the time in which defendants are required to file their initial response to the Complaint to and including July 1, 2011, the day after conclusion of the last scheduled mediation session. The proposed schedule revision does not change the existing September 15, 2011 noting date of the motions to dismiss.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the FDIC and Defendants, that Defendants shall each have until the end of July 1, 2011 to answer or otherwise respond to Plaintiff's Complaint. Any opposition shall be due on August 22, 2011,

SECOND AMENDED STIPULATION AND ORDER TO SET TIME FOR DEFENDANTS TO FIRST RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE—PAGE 2
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

DWT 17417770v1 0013149-000115

and any reply shall be due on September 15, 2011.  The changes are shown in the following chart:

| Filing | Previous Due Date | New Due Date |
|---|---|---|
| Defendants' Answer or First Response to Complaint | June 17, 2011 | July 1, 2011 |
| Opposition | August 16, 2011 | August 22, 2011 |
| Reply | September 15, 2011 | September 15, 2011 |

IT IS SO STIPULATED.

DATED this 16th day of June, 2011.

| | |
|---|---|
| **REED SMITH LLP** | **DAVIS WRIGHT TREMAINE LLP** |
| By: s/ *Barry Rosen*<br>    Barry Rosen (*pro hac vice*)<br>    10 South Wacker Drive<br>    Suite 4000<br>    Chicago, IL  60606<br>    Tel:  (312) 207-1000<br>    E-mail: brosen@reedsmith.com<br><br>*Attorneys for the Federal Deposit Insurance Corporation* | By:  s/ *Steven P. Caplow*<br>    Stephen M. Rummage, WSBA #11168<br>    Steven P. Caplow, WSBA #19843<br>    1201 Third Avenue, Suite 2200<br>    Seattle, Washington 98101-3045<br>    Tel.:     (206) 757-8108<br>    Fax:     (206) 757-7136<br>    E-mail:  steverummage@dwt.com<br>             stevencaplow@dwt.com<br><br>**SIMPSON THACHER & BARTLETT LLP**<br>Barry R. Ostrager (*pro hac vice*)<br>Mary Kay Vyskocil (*pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel.:    (212) 455-2000<br>Fax:    (212) 455-2502<br>Email:  bostrager@stblaw.com<br>         mvyskocil@stblaw.com<br><br>         *-and-*<br><br>Deborah L. Stein (*pro hac vice*)<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California 90067<br>Tel.:    (310) 407-7500<br>Fax:    (310) 407-7502<br>Email:   dstein@stblaw.com<br><br>*Attorneys for Stephen J. Rotella, David C. Schneider, and Esther T. Rotella* |

SECOND AMENDED STIPULATION AND ORDER TO SET TIME FOR DEFENDANTS TO FIRST RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE—PAGE 3
CASE NO. 2:11-cv-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

DWT 17417770v1 0013149-000115

|   |   |
|---|---|
| 1 | |
| 2 | **WILLIAMS & CONNOLLY LLP** |
| 3 | By: s/ *David D. Aufhauser* |
|   | David D. Aufhauser (*pro hac vice*) |
| 4 | 725 Twelfth Street, N.W. |
|   | Washington, D.C. 20005 |
| 5 | Tel.:    (202) 434-5000 |
|   | Fax:    (202) 434-5029 |
| 6 | E-mail:  daufhauser@wc.com |
| 7 | *Attorneys for Kerry and Linda Killinger* |

SECOND AMENDED STIPULATION AND ORDER TO SET TIME FOR DEFENDANTS TO FIRST RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE—PAGE 4
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

DWT 17417770v1 0013149-000115

# ORDER

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendants shall each have up to and including July 1, 2011 to answer or otherwise respond to the Plaintiff Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank's Complaint (Dkt. No. 1) in Case No. 2:11-cv-00459. In addition, any opposition shall be due on August 22, 2011, and any reply shall be due on September 15, 2011.

DATED this 16th day of June, 2011.

_____
Marsha J. Pechman
United States District Judge

Presented by:

| DAVIS WRIGHT TREMAINE LLP | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| By: s/ *Steven P. Caplow*<br>Stephen M. Rummage, WSBA #11168<br>Steven P. Caplow, WSBA #19843<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington 98101-3045<br>Tel.:   (206) 757-8108<br>Fax:   (206) 757-7136<br>E-mail: steverummage@dwt.com<br>         stevencaplow@dwt.com<br><br>*Attorneys for Stephen J. Rotella, David C. Schneider, and Esther T. Rotella* | Barry R. Ostrager (*pro hac vice*)<br>Mary Kay Vyskocil (*pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel.:   (212) 455-2000<br>Fax:   (212) 455-2502<br>Email: bostrager@stblaw.com<br>         mvyskocil@stblaw.com<br><br>     -and-<br><br>Deborah L. Stein (*pro hac vice*)<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California 90067<br>Tel.:   (310) 407-7500<br>Fax:   (310) 407-7502<br>Email: dstein@stblaw.com |

[PROPOSED] ORDER TO SET TIME FOR DEFENDANTS TO FIRST RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

DWT 17417770v1 0013149-000115