UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>KERRY K. KILLINGER, et al.,<br><br>                    Defendants. | CASE NO. C11-459 MJP<br><br>ORDER VACATING CASE DEADLINES |

The Court has been notified by the parties of a pending settlement of this case. The parties have requested that the current deadlines and motions be stricken and/or vacated. The Court agrees. The Court VACATES the current case schedule and STRIKES all pending deadlines and motions. The Court GRANTS the parties 60 days to perfect their settlement. The parties must submit their request for entry of final judgment within 60 days of entry of this order. This deadline will be extended only on a showing of good cause.

\\

\\

ORDER VACATING CASE DEADLINES- 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated October 27, 2011.

3

4

5                                            _____
                                             Marsha J. Pechman
6                                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER VACATING CASE DEADLINES- 2