The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE FEDERAL DEPOSIT INSURANCE ) 
CORPORATION, AS RECEIVER OF )
WASHINGTON MUTUAL BANK, )   Case No. 2:11-cv-00459
)
  v.                Plaintiff, )   **STIPULATION OF**
)   **DISMISSAL PURSUANT TO**
KERRY K. KILLINGER, STEPHEN J. ROTELLA, )   **FEDERAL RULE OF CIVIL**
DAVID C. SCHNEIDER, LINDA C. KILLINGER, )   **PROCEDURE 41(a)(1)(A)(ii)**
and ESTHER T. ROTELLA, )
                Defendants. )

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff the Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank, and defendants Kerry Killinger, Stephen J. Rotella, David Schneider, Linda Killinger and Esther Rotella, hereby stipulate and agree that the above-captioned action is dismissed with prejudice and without costs to any party.

DATED this 26th day of April, 2012.

**DAVIS WRIGHT TREMAINE LLP**

By: s/ *Steven P. Caplow*
  Stephen M. Rummage, WSBA #11168
  Steven P. Caplow, WSBA #19843
  1201 Third Avenue, Suite 2200
  Seattle, Washington 98101-3045
  Tel.: (206) 757-8108 / Fax: (206) 757-7136
  E-mail:  steverummage@dwt.com
      stevencaplow@dwt.com

*Attorneys for Stephen J. Rotella, David C. Schneider, and Esther T. Rotella*

**SIMPSON THACHER & BARTLETT LLP**
Barry R. Ostrager (*pro hac vice*)
Mary Kay Vyskocil (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Tel.: (212) 455-2000 / Fax: (212) 455-2502
Email:  bostrager@stblaw.com
    mvyskocil@stblaw.com

-and-

Deborah L. Stein (*pro hac vice*)
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Tel.: (310) 407-7500 / Fax: (310) 407-7502
Email:   dstein@stblaw.com

STIPULATION OF DISMISSAL - 1
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

| | |
|---|---|
| **REED SMITH LLP** | **KARR TUTTLE CAMPBELL** |

By: *s/ Barry Rosen*
    Barry Rosen (*pro hac vice*)
    10 South Wacker Drive
    Suite 4000
    Chicago, IL  60606
    Tel.:   (312) 207-1000
    Email:   brosen@reedsmith.com

By: *s/ Bruce E. Larson*
    Bruce E. Larson, WSBA #6209
    Walter E. Barton, WSBA #26408
    Dennis H. Walters, WSBA #9444
    1201 Third Avenue, Suite 2900
    Seattle, WA  98101
    Tel.:   (206) 223-1313
    Email:   blarson@karrtuttle.com
            gbarton@karrtuttle.com
            dwalters@karrtuttle.com

*Attorneys for Federal Deposit Insurance Corporation*

*Attorneys for Federal Deposit Insurance Corporation*

**FEDERAL DEPOSIT INSURANCE CORPORATION**

By: *s/ Leonard J. DePasquale*
    Leonard J. DePasquale (*pro hac vice*)
    3501 North Fairfax Drive
    VS-B-7058
    Arlington, VA  22226
    Tel.:   (703) 562-2063
    Email:   ldepasquale@FDIC.gov

*Attorneys for Federal Deposit Insurance Corporation*

| | |
|---|---|
| **WILLIAMS & CONNELLY LLP** | **WILSON SONSINI GOODRICH & ROSATI PC** |

By: *s/ David D. Aufhauser*
    David D. Aufhauser (*pro hac vice*)
    725 Twelfth Street, NW
    Washington. D.C.  20005
    Tel.: (202) 434-5000 / Fax.: (202) 434-5029
    Email:   daufhauser@wc.com

By: *s/ Barry Kaplan*
    Barry Kaplan, WSBA #8661
    701 Fifth Avenue, Suite 5100
    Seattle, WA  98104-7036
    Tel.:   (206) 883-2500
    Email:   bkaplan@wsgr.com

*Attorneys for Kerry and Linda Killinger*

*Attorneys for Kerry and Linda Killinger*

STIPULATION OF DISMISSAL - 2
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax:  (206) 757-7700

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26th, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties listed to receive electronic notice in this case.

DATED this 26th day of April, 2012.

                              DAVIS WRIGHT TREMAINE LLP

                              By:   s/ *Steven P. Caplow*
                                      Steven P. Caplow, WSBA #19843
                                      1201 Third Avenue, Suite 2200
                                      Seattle, Washington  98101-3045
                                      Tel.:    (206) 757-8018
                                      Fax:     (206) 757-7018
                                      E-mail: stevencaplow@dwt.com

STIPULATION OF DISMISSAL - 3
CASE NO. 2:11-CV-00459

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700